UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 06-3236-White

UNITED STATES OF AMERICA

vs.

DEMOND LEVAIL OSLEY aka "D-LO", and
ROMALE DESHUN TYSON aka "Snake",

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region?
   ___ Yes ___ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003? ___ Yes _X_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
BRENT S. TANTILLO
ASSISTANT UNITED STATES ATTORNEY
Court ID# A5501027
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9329
FAX (305) 536-4699

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

DEMOND LEVAIL OSLEY aka "D-LO", and
ROMALE DESHUN TYSON aka "Snake",

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-3236-White

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or around October 30, 2006 through on or about November 9, 2006, at Miami-Dade County, in the Southern District of Florida, the defendants did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person that had not obtained the age of 18 years and caused said person to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591 (a)(2).

I further state that I am a __Special Agent__ and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes  [ ] No

_Ann M. Saunders_
Signature of Complainant
Ann M. Saunders, Special Agent
Federal Bureau of Investiagation

Sworn to before me, and subscribed in my presence,

November 10, 2006     at    Miami, Florida
Date                                    City and State

PATRICK WHITE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

AFFIDAVIT A

I, ANN M. SAUNDERS, being duly sworn, depose and say:

1. I currently am employed as a Special Agent with the Federal Bureau of Investigation (FBI), Miami, Florida, and have been so employed since August of 1998. I am assigned to investigate crimes against children, including child prostitution, and have been so assigned since July of 2006. I have received law enforcement training in these types of crimes. The information contained in this affidavit is based upon my personal investigation and upon information related to me by other law enforcement officers.

2. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known by me in connection with this investigation

3. In the early morning hours of November 9, 2006, an undercover Miami Beach Police officer encountered a minor victim of sex trafficking (the "Minor") on Tenth Street and Ocean Drive in Miami Beach, FL. The undercover officer was solicited by the Minor to engage in a commercial sex act. Upon verbal agreement to engage in the commercial sex act, the Minor was arrested by Miami Beach Police, however not booked.

4. At the Miami Beach Police Station, the Minor indicated to officers that she was 17 years old. She also indicated to officers that she was a runaway from Detroit, Michigan who was brought to Miami, Florida to engage in commercial sex acts through fraudulent means by an individual named "D-LO," who was later determined by law enforcement to be DEMOND LEVAIL OSLEY.

5. According to interviews of the Minor and other information gathered during this investigation, the following occurred:

   a. The Minor told Miami Beach Police officers that she met OSLEY on October

1

       30, 2006 at a payphone in Detroit, where OSLEY made promises to the Minor of a better life in Florida, including acting as if the Minor was his girlfriend, making promises of trips to the Bahamas, and other gratuities. OSLEY tells the minor that in order to travel to Florida, she would need to use an alias because she was a minor, and he was not her guardian.

b. On October 31, 2006, OSLEY stages an incident at River Rouge Coney Island Restaurant in Detroit where OSLEY asked the Minor to file a police report at the River Rouge, MI police department that her purse was lost or stolen at the restaurant, thereby leading the police to believe that all of her identification documents were unavailable. OSLEY and the Minor then subsequently filed a police report using a different name (JENNIFER NIXON), Social Security Number, and date of birth for the Minor, so that the Minor could travel to Florida using the name on the police report.

c. On October 31, OSLEY and the Minor boarded a Spirit Airlines flight departing from Detroit, MI to Fort Lauderdale, Florida. OSLEY used his credit card to pay for his ticket and paid cash for the ticket used by the Minor. On the flight, OSLEY reveals to the Minor that it is his intention to pander her for commercial sex acts in Miami, Florida. Subsequent searches of the flight manifests showed that a JENNIFER NIXON and DEMOND LEVAIL OSLEY traveled to Fort Lauderdale on that date.

d. Later in the day of October 31, 2006, the Minor was taken to a Marriott Hotel, 161 Ocean Drive, in Miami Beach, FL where she performed commercial sex acts.

e. From October 31, 2006 through November 3, 2006, the Minor was forced to perform commercial sex acts for OSLEY, and was told by OSLEY that she must make him at least five hundred dollars per day by performing commercial sex acts

f. On November 3, the Minor is arrested for soliciting prostitution in Miami, FL.

g. According to the Minor, on November 4, OSLEY placed a small revolver handgun into her mouth, beat her, threatened to kill her because she was unable to make her daily quota of $500 per day, and because he was upset about her arrest the previous day.

h. Because of her failure to make this quota, OSLEY, sold the Minor to ROMALE DESHUN TYSON aka "Snake" on November 4, 2006. During this exchange, OSLEY and TYSON discuss the fact that the Minor was under the age of 18.

i. On November 5, 2006, TYSON took the Minor to a Best Western Hotel, 101 Ansin Blvd, Hallandale Beach, FL where he had intercourse with the Minor and videotaped that intercourse. After TYSON had intercourse with the Minor, he began forcing her to perform commercial sex acts at the Best Western for the next three days until November 8, 2006. Subsequent police investigation revealed that the rooms were paid for by another individual conducting commercial sex acts for TYSON. TYSON would take the money received from each commercial sex act immediately after that act was performed. During the period between November 5, 2006 and November 9, 2006 TYSON beat and verbally abused the Minor, coercing her to perform commercial sex activities.

j. TYSON photographed the Minor in various provocative and nude poses at the

3

    23922 SW 108th Avenue, Homestead, FL on November 8, 2006. TYSON revealed to the Minor that he planned to use the photos for an internet site he was creating using the electronic message address: barley_legal_33009@yahoo.com

  k. During an interview with the Minor on November 9, 2006, the Minor identified DEMOND LEVAIL OSLEY in an arrest photograph, as the individual who transported her to Miami, FL on October 31, 2006, and forced her to perform commercial sex acts from October 31, 2006 to November 4, 2006.

6. In the morning of Thursday, November 9, 2006, officers from Miami-Dade Police Department, City of Miami, Miami Beach Police, and the Federal Bureau of Investigation (the "Task Force") attempted to meet TYSON as he picked up the Minor, however TYSON sent an individual to pick her up. This individual arrived in a red 1996 Saturn four-door sedan bearing Florida tag number T653UE. PRINELER also confirmed with law enforcement that TYSON knew the Minor's age and was forcing the Minor to engage in commercial sex acts through threats of violence.

7. On Thursday, November 9, 2006, officers from Miami-Dade Police Department, City of Miami, Miami Beach Police, and the Federal Bureau of Investigation surveilled Tyson's residence, 23922 SW 108th Avenue in Homestead, Florida, which was first identified to the officers by the Minor. Officers observed at TYSON'S Residence the owner outside the residence, who stated that TYSON did indeed live at the residence.

8. TYSON was arrested at 7:00 PM by City of Miami officers on November 9, 2006 at the 23922 SW 108th Ave, Homestead, FL. The Minor identified Tyson as the individual forcing her to engage in commercial sexual activities when agents drove her by TYSON. Additionally, the individual

4

also identified TYSON as the individual who was pandering them to be engaged in commercial sexual activities.

9. I, the affiant, respectfully submit that the Marriott Hotel in Miami Beach and the Best Western Hotel in Hallandale Beach are parts of a national or international hotel chain. Accordingly, the Minor's forced acts of prostitution at the Marriott and Best Western Hotel affected interstate commerce.

10. Wherefore, there is probable cause to believe that OSLEY and TYSON engaged a person under the age of 18 years old in commercial sex acts in or affecting interstate commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(a)(2).

Further Affiant Sayeth Naught.

_____
Special Agent Ann M. Saunders
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this _____ day of November, 2006.

_____
PATRICK WHITE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5